IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

 Plaintiff,

v.             CASE NO. 4:10-cv-00385-MP-WCS

BANK OF AMERICA CHECK #0431167, IN THE AMOUNT OF $3,700.00 SEIZED FROM FL DOC ID MO5108, IN THE NAME OF ALEJANDRO FERRER,

 Defendant.

_____/

## **DECREE OF FORFEITURE**

  This matter is before the Court on Doc. 6, Motion for Decree of Property, filed by the United States of America. On September 8, 2011, a Verified Complaint of Forfeiture In Rem against the defendant property, Bank of America Check #0431167, in the amount of $3,700.00 seized from FL DOC ID MO5108, in the name of Alejandro Ferrer, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(A).

  It appears that process was fully issued in this action according to law. A Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning October 26, 2010, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

  No person or entity has filed a claim. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Defendant property, Bank of America Check #0431167, in the amount of $3,700.00 seized from FL DOC ID MO5108, in the name of Alejandro Ferrer, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this  *12th* day of July, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge